UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    For Online Publication Only
----------------------------------------------------------------------X
TRUSTEES OF THE NORTH ATLANTIC STATES
CARPENTERS HEALTH, PENSION, ANNUITY,
APPRENTICESHIP, AND LABOR MANAGEMENT
COOPERATION FUNDS,

                     Petitioners,                **MEMORANDUM & ORDER**
                                            2:24-cv-08016 (JMA) (LGD)

      -against-

ICON CONSTRUCTION GROUP INC.,

                     Respondent.
----------------------------------------------------------------------X

**AZRACK, United States District Judge:**

Pending before the Court is the unopposed motion of petitioners Trustees of the North Atlantic States Carpenters Health, Pension, Annuity, Apprenticeship, and Labor Management Cooperation Funds ("Petitioners") to confirm and enforce an Arbitrator's Award rendered pursuant to a collective bargaining agreement between the North Atlantic States Regional Council of Carpenters ("Union"), and Icon Construction Group Inc. ("Respondent" or "Icon") on September 29, 2024. (Petition ("Pet."), Ex. F, ECF No. 1.) The Arbitrator's Award directs respondent to pay petitioner the sum of $252,937.26 consisting of:

- A principal deficiency of $190,111.70;
- Interest of $10,055.68;
- Additional interest on previous delinquencies of $7,466.09;
- Liquidated damages in the amount of $38,022.34;
- Auditing fees of $5,531.45;
- Attorneys' fees of $950.00; and
- the arbitrator's fee of $800 pursuant to the Collective Bargaining Agreement.

(Pet., Ex. F at 4-5.)  The Arbitration Award also directs Respondent to submit timely contributions to petitioners going forward to pay for all court costs incurred to enforce the Arbitration Award. (Id. at 3-5.)  On December 17, 2024, petitioners served a copy of the petition and its supporting memorandum of law on the Keith Ackerson, President of Icon.  (Aff. of Service., ECF. No. 8.) Respondent has not responded to the petition.

Petitioners now ask the Court to: (1) confirm the Arbitration Award; (2) award petitioners the balance of $252,937.26 pursuant to the Arbitration Award plus interest from the date of the Award through the date of judgment; and (3) award petitioners $769.25 in attorneys' fees and costs. (Pet. at 8.)  Because respondent has not answered the petition, the Court treats the petition as an unopposed motion for summary judgment.  See D.H. Blair & Co. v. Gottdiener, 462 F.3d 95, 109–10 (2d Cir. 2006).

After reviewing the petition and its supporting documents, the Court grants petitioners' summary judgment and confirms the Arbitration Award as to the balance of $252,937.26.  Further, the Court awards petitioners' attorneys' fees and costs totaling $769.25.  In addition, petitioners are awarded pre-judgment interest at the rate of 9% per annum, and post-judgment interest.  Post-judgment interest should be calculated at the rate provided by 25 U.S.C. § 1961(a) from the date final judgment is entered until the date the judgment is paid.  The Clerk of the Court is respectfully directed to enter judgment in accordance with this Order and close this case.

**SO ORDERED.**
Dated:   September 9, 2025
        Central Islip, New York

                                                /s/ (JMA)
                                        JOAN M. AZRACK
                                        UNITED STATES DISTRICT JUDGE